**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00774-CV

## 2999TC ACQUISITIONS, LLC F/K/A MO 2999TC, LLC, Appellant

## V.

## HNGH TURTLE CREEK, LLC, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05864**

### ORDER

Before the Court is appellant's October 2, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 15, 2020**.

/s/    BILL WHITEHILL
           JUSTICE